IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-00190-MR-WCM

| | | |
|---|---|---|
| EDUARDO VARGAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| DIAMOND AIRCRAFT | ) | |
| INDUSTRIES, INC. and DIAMOND | ) | |
| AIRCRAFT SALES U.S.A., INC., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 8) filed by Alexander M. Gormley.

The Motion indicates that Mr. Gormley, a member in good standing of the Bar of this Court, is local counsel for Defendants and that he seeks the admission of M. Ross Cunningham, who the Motion represents as being a member in good standing of the Bar of Texas. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 8) and **ADMITS** M. Ross Cunningham to practice *pro hac vice* before the Court in this matter while associated with local counsel.

1

It is so ordered.

Signed: October 17, 2024

W. Carleton Metcalf
United States Magistrate Judge