# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| EDUARDO VARGAS,<br><br>Plaintiff,<br><br>v.<br><br>DIAMOND AIRCRAFT INDUSTRIES, INC.<br><br>and<br><br>DIAMOND AIRCRAFT SALES U.S.A., INC.<br><br>Defendants. | **JOINT MOTION TO MODIFY PRETRIAL ORDER**<br><br>Case No. 1:24-cv-00190 |

## JOINT MOTION TO MODIFY PRETRIAL ORDER

Plaintiff Eduardo Vargas and Defendants Diamond Aircraft Industries, Inc. and Diamond Aircraft Sales, U.S.A., Inc., jointly move this Court for entry of an order modifying the pretrial order deadlines in this matter. In support, the parties show as follows:

1. This action arises out of the crash of Diamond Aircraft Industries, Inc. Aircraft 40 NG, FAA Registration N907L on December 14, 2023 in Asheville, North Carolina that resulted in serious injury to Plaintiff Eduardo Vargas.

2. Plaintiff filed a Complaint in this matter on July 15, 2024. Defendants filed an Answer on October 11, 2024.

3. On November 25, 2024, a Pretrial Conference was held before U.S. Magistrate Judge W. Carleton Metcalf. During the conference, the parties discussed the possibility of modifying the deadlines in the future dependent on when the National Transportation Safety Board ("NTSB") released the aircraft wreckage. The parties' experts must inspect the wreckage prior to issuing a

1

report. The parties do not have control over when the NTSB releases the aircraft wreckage or the factual data stemming from its investigation into the accident.

4. On December 2, 2024, this Court entered a Pretrial Order and Case Management Plan.

5. On April 10, 2025, Plaintiff's counsel received notice that the wreckage was released by the NTSB and would now be available for inspection by the parties. The parties performed visual inspection of the available wreckage on June 10, 2025. However, the release of the wreckage did not include certain component parts, which are still in the NTSB's possession. The parties intend to complete an inspection of those component parts, once released.

6. To date, however, the NTSB has not yet released its final report, nor any factual data collected during the accident, which will further aid the parties' discovery process.

7. Plaintiff's counsel contacted the NTSB on October 6, 2025 and November 24, 2025 regarding the location of the component parts and a timeline, if possible, of release of the NTSB report and factual data. On November 24, 2025, the NTSB Air Safety Investigator of the subject accident, Lead Read, indicated that the report and component parts should be released sometime in mid-December 2025.

8. The government shut down which occurred from October 1, 2025 to November 12, 2025 further delayed response time of the NTSB.

9. The parties have engaged in substantial discovery, including the deposition of Plaintiff and written discovery of all parties. The remaining discovery and deadlines are associated with the component parts and final report of the NTSB, which are out of the parties' control.

10. Accordingly, the parties move this Court for an Order modifying the deadlines to the below, to allow time for coordination of their experts to inspect the component parts and conduct any necessary testing, and to allow for the release of the NTSB's data:

| Event | Former Deadline | New Deadline |
|---|---|---|
| Expert Reports – Party w/ Burden[1] | December 3, 2025 | April 6, 2026 |
| Expert Reports - Responsive | December 31, 2025 | May 1, 2026 |
| Expert Reports - Rebuttal | February 4, 2026 | June 5, 2026 |
| Discovery | February 13, 2026 | June 12, 2026 |
| Mediation | February 27, 2026 | June 27, 2026 |
| Motions Deadlines | March 13, 2025 | July 17, 2026 |
| Trial | September 8, 2026 | To be set by the Court. |

11. Pursuant to Fed. R. Civ. P. 16(b)(4), a schedule entered by a court may be modified only for "good cause and with the judge's consent." *See also e.g. Southern v. Bishoff*, 675 Fed. Appx. 239, 249 (4th Cir. 2016). The party seeking "an extension must show that, despite due diligence, it could not have reasonably met the scheduled deadlines." *Id*.

12. While the parties have diligently exchanged in substantial discovery, including both written discovery and depositions, they cannot produce expert reports without examination of the component parts—which are not yet available—and thus cannot reasonably meet the current scheduled deadlines. Accordingly, the parties move for modification of the scheduling order as detailed above.

WHEREFORE, Plaintiff Vargas and Defendants Diamond Aircraft Industries, Inc. and Diamond Aircraft Sales, U.S.A., Inc., respectfully request that this Court grant its Joint Motion to Modify the Pretrial Order.

Respectfully submitted this 24th day of November, 2025.

[Rest of page left intentionally blank.]

---

[1] Party with Burden, Responsive, and Rebuttal Expert Report deadlines were extended by agreement of counsel pending the NTSB's ongoing investigation.

AGREED:

/s/ _Amanda Dure_  
Amanda C. Dure  
N.C. Bar No. 48710  
1717 N Street NW, Suite 400  
Washington, D.C.  
adure@pangialaw.com  
(202) 955-6153  

**ATTORNEYS FOR PLAINTIFF**

/s/ M. Ross Cunningham  
M. Ross Cunningham (admitted pro hac vice)  
Bryan S. David (admitted pro hac vice)  
Alex K. Beekman (admitted pro hac vice)  
CUNNINGHAM SWAIM, LLP  
4015 Main Street, Suite 200  
Dallas, Texas 75226  
Telephone: 214.646.1495  
Facsimile: 214.613.1163  
rcunningham@cunninghamswaim.com  
bdavid@cunninghamswaim.com  
abeekman@cunninghamswaim.com  

Alexander M. Gormley (NC State Bar No. 55312)  
WILLIAMS MULLEN  
301 Fayetteville Street, Suite 1700 (27601)  
P.O. Box 1000  
Raleigh, North Carolina 27602  
Telephone: 919.981.4000  
Facsimile: 919.981.4300  
agormley@williamsmullen.com  

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that on this the 24th of November, 2025 I served the foregoing on all parties of record below:

Alexander M. Gormley
WILLIAMS MULLEN
NC State Bar No. 55312
301 Fayetteville Street, Suite 1700 (27601)
PO Box 1000
Raleigh, NC 27602
Telephone: (919) 981-4000
Fax: (919) 981-4300
agormley@williamsmullen.com

M. Ross Cunningham (admitted pro hac vice)
Bryan S. David (admitted pro hac vice)
Alex K. Beekman (admitted pro hac vice)
CUNNINGHAM SWAIM, LLP
4015 Main Street, Suite 200
Dallas, Texas 75266
Telephone: (214) 646-1495
Fax: (214) 613-1163
rcunningham@cunninghamswaim.com
bdavid@cunninghamswaim.com
abeekman@cunninghamswaim.com

/s/ Amanda C. Dure
Amanda C. Dure